**Freddie FLETCHER, Plaintiff–
Appellant,**

v.

**Sir Arthur GILBERT, Deceased, sued as
the Arthur and Rosalind Gilbert 1982
Trust; et al., Defendants–Appellees.**

No. 06–56825.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 20, 2007.*

Filed Dec. 28, 2007.

Freddie Fletcher, Los Angeles, CA, pro se.

Before: GOODWIN, WALLACE, and
HAWKINS, Circuit Judges.

MEMORANDUM **

Freddie Fletcher, an attorney, appeals
pro se from the district court's judgment
dismissing for lack of subject matter juris-
diction his action under 42 U.S.C. § 1983
challenging on constitutional grounds a fi-
nal judgment rendered against him by the
California Supreme Court. We have juris-
diction under 28 U.S.C. § 1291. We re-
view de novo a district court's jurisdiction-
al dismissal based on the *Rooker–Feldman*
doctrine. *Noel v. Hall,* 341 F.3d 1148,
1154 (9th Cir.2003). We affirm.

Fletcher contends that the *Rooker–Feld-
man* doctrine should not apply because the
state court lacked subject matter jurisdic-
tion and rendered a void judgment. We
disagree. *See Doe v. Mann,* 415 F.3d
1038, 1043 n. 6 (9th Cir.2005) ("*Rooker–
Feldman* applies where the plaintiff in fed-
eral court claims that the state court did
not have jurisdiction to render a judg-
ment."). The district court properly con-
cluded that the *Rooker–Feldman* doctrine
barred Fletcher's action because it is a
"forbidden de facto appeal from a judicial
decision of a state court," and raises con-
stitutional claims that are "inextricably in-
tertwined" with that prior state court deci-
sion. *Noel,* 341 F.3d. at 1158.

**AFFIRMED.**

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

